UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENVER E. PETIT-HOMME,         ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | Civil Action No. 19-12457-LTS |
| ) | |
| STATE OF MASSACHUSETTS,        ) | |
| ) | |
| Defendant.        ) | |
| ) | |

ORDER

April 2, 2020

SOROKIN, D.J.

In a memorandum and order dated February 14, 2020 [ECF #7], the Court ordered the plaintiff to (1) pay the filing fee or file a renewed motion for leave to proceed in forma pauperis; and (2) file an amended complaint. The Court warned the plaintiff that failure to comply with the order by March 17, 2020 could result in dismissal of the action without prejudice. The deadline for complying with the order has passed without any response from the plaintiff.

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee and file an amended complaint.

SO ORDERED.

                                  /s/ Leo T. Sorokin
                                  UNITED STATES DISTRICT JUDGE